IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RICKEY WHITE,**

    **Plaintiff,**

**vs.**                                                       **CASE NO. 1:09CV243-SPM/AK**

**JOHN BOUNDS, et al,,**

    **Defendants.**

    _____/

## O R D E R

Presently before the Court is Plaintiff's First Amended Complaint (doc. 5); Motion to Dismiss Five Judges (doc. 7); and Amended Motion for Leave to Proceed IFP. (Doc. 8). Plaintiff was previously ordered to amend his complaint and submit the proper inmate account information with a form motion for leave to proceed. (Doc. 4). None of the papers recently filed are on proper forms and the relief Plaintiff seeks, i.e. to delete five of the defendants named in his original complaint, will be achieved by filing an amended complaint. More than likely the order and the recently filed papers crossed in the mail, but out of an abundance of caution the Court herein directs the Clerk to resend the papers with the previous Order dated December 8, 2009. (Doc. 4).

In light of this, the Motion to dismiss (doc. 7) is **MOOT**, and the motion for leave

to proceed IFP (doc. 8) is **DENIED** because it is not on the appropriate form nor accompanied by a signed inmate account form.

**DONE AND ORDERED** this __17th__ day of December, 2009.

>  *s/ A. KORNBLUM*
> **ALLAN KORNBLUM**
> **UNITED STATES MAGISTRATE JUDGE**

**No. 1:09cv243-spm/ak**