IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

RICKEY WHITE,

    Plaintiff,

vs.                              CASE NO. 1:09CV243-SPM/AK

JOHN BOUNDS, et al,

    Defendants.

_____/

## ORDER OF DISMISSAL

Plaintiff has filed a Motion to Dismiss his complaint without prejudice, acknowledging that he has filed it in the wrong division. (Doc. 10). Having considered said motion, the Court is of the opinion that it should be **GRANTED**, and this cause is hereby **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** this __7th__ day of January, 2010.

                                      *s/ A. KORNBLUM*
                                      **ALLAN KORNBLUM**
                                      **UNITED STATES MAGISTRATE JUDGE**